# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Robert J. Gilberthorpe,
Chloe C. Gilberthorpe,

*Debtors.*

Case No. 4:25-bk-00063-MJC
Chapter 13

### Motion to Extend Automatic Stay

Debtors Robert J. Gilberthorpe and Chloe C. Gilberthorpe, through their attorney, move this Court as follows:

1. This case was filed under chapter 13 on January 10, 2025.

2. During the period of January 11, 2024, through January 10, 2025, the Debtors had one other bankruptcy case pending. That case was filed in this district as case number 4:24-bk-02976-MJC on November 18, 2024, and dismissed on January 6, 2025, for failure to file documents required by 11 U.S.C § 521 and Fed. R. Bankr. P. 1007.

3. In the instant case, the Debtors have filed all documents required by 11 U.S.C § 521 and Fed. R. Bankr. P. 1007. The Debtors' full compliance with those requirements, in addition to filing a feasible chapter 13 plan, is evidence that this case will be successful to the end.

4. The Debtors request that the Court extend the automatic stay with respect to all creditors for the duration of this case under 11 U.S.C. § 362(c)(3)(B) and L.B.R. 4001-5.

5. The Debtors request that the Clerk schedule and notice a hearing to be held on or before February 10, 2025.

6. A certification by the Debtors setting forth substantial changes since the dismissal of their prior case is attached as Exhibit A. If no objections are timely filed, the Debtors request that the Court rely on this certification and enter an order extending the automatic stay without a hearing.

For those reasons, the Court must enter relief in the form of order attached, and further in the Debtors' favor if necessary and proper under the law.


Date: January 13, 2025          SADEK LAW OFFICES, LLC
*Attorney for Debtors*

By: /s/ Brad J. Sadek, Esq.
    Brad J. Sadek, Esq.
    1500 JFK Boulevard, Suite 220
    Philadelphia, PA 19102
    215-545-0008
    brad@sadeklaw.com