UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Robert J. Gilberthorpe,
Chloe C. Gilberthorpe,
*Debtors.*

Case No. 4:25-bk-00063-MJC
Chapter 13

**Exhibit A**
**Certification in Support of Motion to Extend Automatic Stay**

1. We are the Debtors in this bankruptcy case.

2. During the period of January 11, 2024, through January 10, 2025, we had one other bankruptcy case pending. That case was filed in this district as case number 4:24-bk-02976-MJC on November 18, 2024, and dismissed on January 6, 2025, for failure to file documents required by 11 U.S.C § 521 and Fed. R. Bankr. P. 1007.

3. The dismissal of our previous case was caused by our failure to timely return signed documents to our attorney for filing with the Court.

4. In this case, we have timely assisted our attorney with preparation of all documents required by 11 U.S.C § 521 and Fed. R. Bankr. P. 1007, and all such documents have been filed with the Court.

5. We fully intend to fulfill all of our duties as debtors under the bankruptcy code and comply with the terms of our proposed chapter 13 plan.

6. We certify under penalty of perjury that the above is true and correct to the best of our information, knowledge, and belief.

Date: January 13, 2025  /s/ Robert J. Gilberthorpe
Robert J. Gilberthorpe
Debtor 1

Date: January 13, 2025  /s/ Chloe C. Gilberthorpe
Chloe C. Gilberthorpe
Debtor 2