UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert J. Gilberthorpe,<br>Chloe C. Gilberthorpe,<br>*Debtors.* | Case No. 4:25-bk-00063-MJC<br>Chapter 13 |

## Certificate of Service

I hereby certify that a copy of the Motion to Extend Automatic Stay was mailed today to all parties named on the mailing matrix attached hereto electronically or by regular first class mail.

Date: January 13, 2025

/s/ Brad J. Sadek, Esq.
Brad J. Sadek, Esq.
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
brad@sadeklaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-4<br>Case 4:25-bk-00063-MJC<br>Middle District of Pennsylvania<br>Williamsport<br>Mon Jan 13 09:26:10 EST 2025 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | U.S. Bankruptcy Court<br>197 S Main St, Wilkes-Barre, PA 18701 |
| Capital One Bank USA N.A.<br>Attn: Bankruptcy<br>120 Corporate Blvd<br>Norfolk, VA 23502-4952 | Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 | Dept of Education/nelnet<br>PO Box 82561<br>Lincoln, NE 68501-2561 |
| Dish Network<br>Attn: Bankruptcy<br>PO Box 15130<br>Wilmington, DE 19850-5130 | First Premier Bank<br>PO Box 1348<br>Sioux Falls, SD 57101-1348 | Geico Advantage Co.<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 |
| Genesis Fs Card Services Inc.<br>Attn: Bankruptcy<br>1800 Route 34N<br>Ste 305<br>Wall, NJ 07719-9146 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (p)SN SERVICING CORPORATION<br>323 FIFTH ST<br>EUREKA CA 95501-0305 |
| TSI<br>Attn: Bankruptcy<br>PO Box 15130<br>Wilmington, DE 19850-5130 | Transworld<br>ATTN Bankruptcy TRANSWORLD SYSTEMS INC.<br>PO Box 15130<br>Wilmington, DE 19850-5130 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 |
| VERIZON<br>ATTN Bankruptcy TRANSWORLD SYSTEMS INC.<br>PO Box 15130<br>Wilmington, DE 19850-5130 | (p)VELOCITY PORTFOLIO GROUP  INC<br>1800 RT 34 NORTH<br>BLDG 3 SUITE 305<br>WALL NJ 07719-9146 | Verizon<br>Verizon Wireless Bk Admin<br>500 Technology Dr<br>Ste 550<br>Weldon Spring, MO 63304-2225 |
| Brad J. Sadek<br>Sadek Law Offices, LLC<br>1500 JFK Boulevard<br>Ste 220<br>Philadelphia, PA 19102-1754 | Chloe C. Gilberthorpe<br>299 Ralpho Road<br>Elysburg, PA 17824-7243 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| Robert J. Gilberthorpe<br>299 Ralpho Road<br>Elysburg, PA 17824-7243 | | |