## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Robert J. Gilberthorpe, | : | Case No. 4:25-bk-00063-MJC |
| Chloe C. Gilberthorpe, | : | |
| | : | |
| Debtors. | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| | : | |
| Robert J. Gilberthorpe, | : | |
| Chloe C. Gilberthorpe, | : | |
| | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| Merrick Bank, | : | |
| | : | |
| Respondent. | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER OVERRULING DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 3

Upon consideration of Debtors' Objection to Proof of Claim No. 3 filed on behalf of Merrick Bank, Dkt. # 24 ("Objection"), the Notice to Filing Party issued by the Clerk on April 11, 2025 ("Notice"), indicating that service of the Objection is not in compliance with Fed. R. Bankr. P. 3007(a)(2)(A)(ii), and Debtors' failure to respond to the Notice, it is hereby

**ORDERED** that the Objection is **OVERRULED WITHOUT PREJUDICE** for failure to comply with the service requirements under Fed. R. Bankr. P. 3007(a)(2)(A)(ii).

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 17, 2025