# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–4 | User: AutoDocketer | Date Created: 5/15/2025 |
| Case: 4:25–bk–00063–MJC | Form ID: orcnfpln | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty     Brad J. Sadek     brad@sadeklaw.com

                                                               TOTAL: 1