# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert J. Gilberthorpe,

**Debtor 1**

Chloe C. Gilberthorpe,
aka Chloe Wydra,

**Debtor 2**

Chapter      13

Case No.     4:25–bk–00063–MJC

| Instructions for Serving Documents |
|:---:|

You are required to serve the attached document and file a Certificate of Service that conforms with Local Rule 9013–3. Failure to file a Certificate of Service in a timely fashion may result in postponing the matter at issue.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| 197 S Main St, Wilkes–Barre, PA 18701 | Seth F. Eisenberg |
| 570–831–2500 | Clerk of the Bankruptcy Court: |
| | By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 15, 2025 |

ntserv (05/22)